ALLIED MERCHANTS BANK

v.

SABINE BANK et al.

No. C–1261.

Supreme Court of Texas.

Oct. 6, 1982.

Petitioner's motion to dismiss is granted.

The application for writ of error having previously been granted on July 21, 1982, the judgments of the courts below are set aside, 630 S.W.2d 523, and the cause is *dismissed* as moot at petitioner's cost without reference to the merits of the appeal.